**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6185**

---

THOMAS FRANCIS NYLAND,

Petitioner - Appellant,

versus

MICHAEL MOORE; CHARLES M. CONDON, Attorney
General of the State of South Carolina,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Patrick Michael Duffy, District
Judge.  (CA-97-194-3-23)

---

Submitted:  April 29, 1998          Decided:  May 18, 1998

---

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Thomas Francis Nyland, Appellant Pro Se.  Lauri J. Soles, OFFICE OF
THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order dismissing one of two petitions filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Nyland v. Moore</u>, No. CA-97-194-3-23 (D.S.C. Jan. 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2